In re   **American Plastic Surgery, LLC** _____ ,   Case No. __**A04-69432-CRM**__

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **American Plastic Surgery, LLC**                                          Case No.    **A04-69432-CRM**

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** | - | 159,272.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    **159,272.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **American Plastic Surgery, LLC**                                  ,     Case No.    **A04-69432-CRM**
Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Membership interest in American Plastic Surgery of Florida, LLC** **Membership interest in American Plastic Surgery of Connecticut, LLC** **Membership interest in American Plastic Surgery of Tampa, LLC** **Membership interest in American Plastic Surgery of Hawaii, LLC** **Membership interest in American Plastic Surgery of Georgia, LLC** | - | **Unknown** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re      **American Plastic Surgery, LLC**
_____,      Case No.    **A04-69432-CRM**
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | **Various trademarks, tradenames, slogans, and other intellectual property, including Internet Domain Names:**<br>**4lipo.com**<br>**beautifulyounews.com**<br>**breast-augmentation-central.com**<br>**facelift-central.com**<br>**jsingermd.com**<br>**liposuction-central.com**<br>**mens-surgery-central.com**<br>**north-carolina-plastic-surgery.com**<br>**personalimagecenter.com**<br>**personalimagecenters.com**<br>**personalimagecenters.net**<br>**personalimagecenters.org**<br>**picmaui.com**<br>**picnc.com**<br>**pictampa.com**<br>**picwestport.com**<br>**plasticsurgery-florida.com**<br>**skin-rejuvenation-central.com** | **-** | **Unknown** |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **American Plastic Surgery, LLC** ,    Case No.    **A04-69432-CRM**
Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous office furniture and equipment; 3600 Mansell Road, Alpharetta, GA 30022 (est. book value $7,434.00)** | **-** | **Unknown** |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **159,272.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6D
(12/03)

In re    **American Plastic Surgery, LLC**                                    ,    Case No.    **A04-69432-CRM**
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Senior & Subordinate Debenture** | | | **First priority blanket encumbrance on all personal & intangible property** | | | | | |
| **ALLIED CAPITAL CORPORATION 1919 PENNSYLVANIA, N.W. WASHINGTON, DC 20006** | X | - | | | | | | |
| | | | Value $                   **0.00** | | | | **64,640,752.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__    continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **64,640,752.00** | |
| Total (Report on Summary of Schedules) | **64,640,752.00** | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

Form B6E
(04/04)

In re   **American Plastic Surgery, LLC**   ,   Case No.   **A04-69432-CRM**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5**   continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **American Plastic Surgery, LLC**                                    ,    Case No.    **A04-69432-CRM**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | |
| Account No.<br><br>**Austin, Ellen**<br>**14 Village Rd**<br>**Milford, CT 06460** | - | | Primarily June 3 - 9, 2004 | | | | | 347.00 | 0.00 |
| Account No.<br><br>**Conway, Stacy**<br>**785 Post Rd East**<br>**Apartment 2c**<br>**Westport, CT 06880** | - | | Primarily June 3 - 9, 2004 | | | | | 357.00 | 0.00 |
| Account No.<br><br>**Jenkins, Melissa**<br>**2104 Alexander Cir.**<br>**Ne**<br>**Atlanta, GA 30326** | - | | Primarily June 3 - 9, 2004 | | | | | 5,248.34 | 0.00 |
| Account No.<br><br>**Krom, Kathryn**<br>**35 Florence Drive**<br>**Huntington, CT 06484** | - | | Primarily June 3 - 9, 2004 | | | | | 517.50 | 0.00 |
| Account No.<br><br>**Lavin, Rebecca**<br>**1605 W. Richardson**<br>**Place**<br>**Tampa, FL 33606** | - | | Primarily June 3 - 9, 2004 | | | | | 2,884.62 | 0.00 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

9,354.46

Form B6E - Cont.
(04/04)

In re  **American Plastic Surgery, LLC**                    ,    Case No.   **A04-69432-CRM**
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Linch, Marcia Penny** 5181 Casa Real Drive Delray Beach, FL 33484 | - | | | Primarily June 3 - 9, 2004 | | | | 1,153.85 | 0.00 |
| Account No. **Oransoff, Lyn** 24 Horseshoe Road Cos Cob, CT 06807 | - | | | Primarily June 3 - 9, 2004 | | | | 239.25 | 0.00 |
| Account No. **Pallas, Erika A.** 110 Roseville St Fairfield, CT 06432 | - | | | Primarily June 3 - 9, 2004 | | | | 261.38 | 0.00 |
| Account No. **Weathers, William J.** 1967 Willeo Creek Pt Marietta, GA 30068 | - | | | Primarily June 3 - 9, 2004 | | | | 3,605.77 | 0.00 |
| Account No. **Williams, Dalila** 14 Ohio Ave #2 Norwalk, CT 06851 | - | | | Primarily June 3 - 9, 2004 | | | | 90.00 | 0.00 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

5,350.25

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re  **American Plastic Surgery, LLC**                              ,  Case No.  **A04-69432-CRM**
                                          Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Zap, Kathleen A. 32 Scott Ridge Road Ridgefield, CT 06877-2323** | - | | **Primarily June 3 - 9, 2004** | | | | **920.17** | **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **3**   of  **5**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                          **920.17**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   __American Plastic Surgery, LLC_____,   Case No.   __A04-69432-CRM_____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Contributions to employee benefit plans
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2003 through June 9, 2004 | | | | | |
| Weathers, William J. 1967 Willeo Creek Pt Marietta, GA 30068 | - | | | | | | 901.20 | 901.20 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __4___ of __5___ continuation sheets attached to   
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 901.20
(Total of this page)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re **American Plastic Surgery, LLC**

Debtor

,    Case No. **A04-69432-CRM**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **DEPT OF LABOR & EMPL SECURITY 1974 COMMONWEALTH LANE TALLAHASSEE, FL 32303** | - | | | | | | Unknown | Unknown |
| Account No. **FLORIDA DEPARTMENT OF REVENUE OFFICE OF GENERAL COUNSEL P.O. BOX 6668 TALLAHASSEE, FL 32314-6668** | - | | | | | | Unknown | Unknown |
| Account No. **GA DEPT OF LABOR 148 INTERNATIONAL BLVD SUSSEX PLACE, SUITE 800 ATLANTA, GA 30303** | - | | | | | | Unknown | Unknown |
| Account No. **GA. DEPT. OF REVENUE 1800 CENTURY CENTER BLVD NE ATLANTA, GA 30345** | - | | | | | | Unknown | Unknown |
| Account No. **INTERNAL REVENUE SERVICE Philadelphia, PA 19255-0046** | - | | | | | | Unknown | Unknown |

Sheet **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal (Total of this page) | 0.00 |
|---|---|
| Total (Report on Summary of Schedules) | 16,526.08 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6F
(12/03)

In re    **American Plastic Surgery, LLC**                                    ,    Case No.    **A04-69432-CRM**
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
| Account No. **00030-F34849**<br><br>**ADP, INC**<br>**PO BOX 9001006**<br>**LOUISVILLE, KY 40290-1006** | | - | | | **May 2004**<br>**Services performed** | | | | 853.51 |
| Account No. **56873, 145932**<br><br>**ALLERGAN**<br>**DEPT. CH 10390**<br>**PALATINE, IL 60055-0390** | | - | | | **March 04 - June 04**<br>**Goods sold** | | | | 41,664.00 |
| Account No.<br><br>**ALLEY, MONA**<br>**C/O STUART N. RATZEN, ESQ.**<br>**200 SOUTH BISCAYNE BOULEVARD**<br>**Miami, FL 33131** | X | - | | | **alleged liability for Plaintiff's medical malpractice action** | X | X | X | **Unknown** |
| Account No. **NA**<br><br>**ALTAVILLA, PATRICIA**<br>**300 Los-Altrus Road**<br>**Santa Barbara, CA 93103** | | - | | | **8/02**<br>**Contractual obligation** | | | | 2,523.00 |
| __11__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 45,040.51 |

Form B6F - Cont.
(12/03)

In re   **American Plastic Surgery, LLC**
_____,   Case No.   **A04-69432-CRM**
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **AMERICAN HEALTHCARE SERVICES 3600 MANSELL ROAD ALPHARETTA, GA 30022** | | - | | **8/02 - 6/09/04 intercompany advances** | | | | 3,361,355.00 |
| Account No. **F10005** <br><br> **ANESTHESIA SPECIALIST P.O. BOX 161089 HIALEAH, FL 33016** | | - | | **Feb. 2004 Services performed** | | | | 898.80 |
| Account No. **33069** <br><br> **ARAMATIC REFRESHMENT SERVS. IN 1611 SW 5TH COURT POMPANO BEACH, FL 33069** | | - | | **April - June 2004 Services performed** | | | | 979.92 |
| Account No. **24500** <br><br> **ASCEND MEDIA, LLC P.O. BOX 9001006 LOUISVILLE, KY 40290-1006** | | - | | **5/14/04 Services performed** | | | | 327.00 |
| Account No. **0031665786** <br><br> **AT&T WIRELESS AT&T WIRELESS NEXT GENERATION PO BOX 68056 ANAHEIM HILLS, CA 92817-8056** | | - | | **May 2004 Services performed** | | | | 670.53 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,364,231.25

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **American Plastic Surgery, LLC**                              ,        Case No.   **A04-69432-CRM**
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 95456575759121800<br><br>**BELLSOUTH**<br>**P.O. Box 70529**<br>**Charlotte, NC 28272-0529** | - | | **May 2004**<br>**Services performed** | | | | 1,323.47 |
| Account No. **NA**<br><br>**BROOKS COMMUNITY NEWSPAPER**<br>**542 WESTPORT AVENUE**<br>**NORWALK, CT 06851** | - | | **March 04 - May 04 (est.)**<br>**Services performed** | | | | 2,038.50 |
| Account No. **NA**<br><br>**Broward New Times**<br>**PO Box 14128**<br>**Fort Lauderdale, FL 33302** | - | | **March 04 - May 04 (est.)**<br>**Services performed** | | | | 2,325.00 |
| Account No. **615**<br><br>**BRYANT ANSWERING SERVICE**<br>**10055 S.W. 72 STREET**<br>**SUNSET DRIVE**<br>**MIAMI, FL 33173-4623** | - | | **May 2004**<br>**Services performed** | | | | 591.00 |
| Account No. **NA**<br><br>**Cary Magazine**<br>**1150 SE Maynard RD**<br>**Suite 210**<br>**Cary, NC 27511** | - | | **March 04 - May 04 (est.)**<br>**Services performed** | | | | 1,062.50 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,340.47

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **American Plastic Surgery, LLC**                              ,     Case No.   **A04-69432-CRM**
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **NA**<br><br>**CONDON, DENNIS**<br>**811 ALSTON ROAD**<br>**SANTA BARBARA, CA 93108** | - | | | | **8/02**<br>**Contractual obligation** | | | | **3,606.00** |
| Account No. **NA**<br><br>**Connecticut Post/CT News Group**<br>**410 State Street**<br>**Bridgeport, CT 06604** | - | | | | **March 04 - May 04 (est.)**<br>**Services performed** | | | | **4,146.43** |
| Account No. **na**<br><br>**CONVERSENT COMMUNICATIONS, LLC**<br>**P.O. BOX 31563**<br>**HARTFORD, CT 06150-1563** | - | | | | **Services performed** | | | | **35.75** |
| Account No. **406,408-410**<br><br>**COPELAND/STUDIOS**<br>**986 OAKVIEW DRIVE**<br>**SMYRNA, GA 30080** | - | | | | **Sept 03 - May 04**<br>**Services performed /Goods sold** | | | | **30,525.78** |
| Account No. **965015/965016**<br><br>**CROWN SANITARY SUPPLY, INC**<br>**5553 ANGLERS AVE**<br>**SUITE 105-108**<br>**FT. LAUDERDALE, FL 33312** | - | | | | **June 2004**<br>**Services performed** | | | | **1,217.08** |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **39,531.04**

Form B6F - Cont.
(12/03)

In re   **American Plastic Surgery, LLC**                                    ,        Case No.   **A04-69432-CRM**
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **233526846**<br><br>DHL EXPRESS INC<br>PO BOX 4723<br>HOUSTON, TX 77210-4723 | | - | **March 04 - June 04**<br>**Services performed** | | | | 1,541.88 |
| Account No. **NA**<br><br>dMEDIA<br>1762B PROSPECTOR<br>STE 100<br>PARK CITY, UT 84060 | | - | **Jan/Feb 04**<br>**Services performed** | | | | 500.00 |
| Account No.<br><br>FELDMAN-MORAN, JANA<br>C/O BRIAN J. GLICK, SUITE 300<br>200 W. PALMETTO PARK ROAD<br>Boca Raton, FL 33432 | X | - | **alleged liability for Plaintiff's medical malpractice action** | X | X | X | Unknown |
| Account No. **NA**<br><br>GRAMS MEDICAL<br>2443 NORSE AVE<br>COSTA MESA, CA 92627 | | - | **May 2004 - June 2004** | | | | 680.50 |
| Account No. **NA**<br><br>GRIDMAR<br>507 E. 10TH<br>SPOKANE, WA 99202 | | - | **May-04** | | | | 35.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,757.38

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **American Plastic Surgery, LLC**                          ,    Case No.   **A04-69432-CRM**
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Henry Schein, Inc.**<br>**Dept. Ch. 10241**<br>**Palatine, IL 60055-0241** | - | | **Goods sold** | | | | **3,837.00** |
| Account No. **NA**<br><br>**Honolulu Star Bulletin**<br>**500 Ala Moana Blvd**<br>**Suite 500**<br>**HONOLULU, HI 96813** | - | | **March 04 - May 04 (est.)**<br>**Services performed** | | | | **5,626.74** |
| Account No. **NA**<br><br>**INAMED**<br>**DRAWER 0214**<br>**LOS ANGELES, CA 90088-0214** | - | | **May 04- June 04**<br>**Goods sold** | | | | **4,443.05** |
| Account No. **13219**<br><br>**Independent Weekly**<br>**PO Box 2690**<br>**Durham, NC 27705** | - | | **March 04 - May 04 (est.)**<br>**Services performed** | | | | **2,309.71** |
| Account No. **IC16500**<br><br>**INFINITE CONFERENCING**<br>**PO BOX 836**<br>**SHORT HILLS, NJ 07078** | - | | **Feb 04 - May 04**<br>**Services performed** | | | | **875.91** |

Sheet no. __**5**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,092.41**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **American Plastic Surgery, LLC**                              ,    Case No.    **A04-69432-CRM**
                                               Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA** <br><br> **JSP, INC.** <br> **P.O. BOX 10305** <br> **LAHAINA, HI 96761** | - | | **June 2004** <br> **Services performed** | | | | 260.00 |
| Account No. **NA** <br><br> **KAIO RADIO GROUP** <br> **PO BOX 38** <br> **KAHULUI, HI 96733** | - | | **March 04 - May 04 (est.)** <br> **Services performed** | | | | 7,203.59 |
| Account No. **NA** <br><br> **KONA SWEEPING & MAINTENANCE** <br> **P.O. BOX 4142** <br> **KAILU-KONA, HI 96745** | - | | **'May 2004** | | | | 184.48 |
| Account No. **NA** <br><br> **MAHONEY, ELLEN  MD** <br> **32 Imperial Avenue** <br> **Westport, CT 06880-4328** | - | | **May-04** <br> **Services performed** | | | | 18.71 |
| Account No. **45** <br><br> **MAUI CLINIC** <br> **53 Puunene Avenue** <br> **Room 120** <br> **Kahului, HI 96732** | - | | **May 2004** <br> **Services performed** | | | | 2,549.27 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    10,216.05

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **American Plastic Surgery, LLC**                                    ,        Case No.    **A04-69432-CRM**
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **NA**<br><br>**Maui Island Weekly**<br>**1993 South Kihei Rd**<br>**Suite 215**<br>**Kihei Maui, HI 96753** | | - | | | **March 04 - May 04 (est.)**<br>**Services performed** | | | | 1,092.12 |
| Account No. **321921**<br><br>**MENTOR-AESTHETICS PRODUCTS**<br>**3715 NORTHSIDE PARKWAY**<br>**100 NORTH CREEK, SUITE 250**<br>**ATLANTA, GA 30327** | | - | | | **Jan 2004- June 2004**<br>**Goods sold** | | | | 226,122.14 |
| Account No. **NA**<br><br>**New York Times**<br>**229 West 43rd Street**<br>**New York, NY 10036** | | - | | | **March 04 - May 04 (est.)**<br>**Services performed** | | | | 8,782.20 |
| Account No. **NA**<br><br>**Palm Beach Post**<br>**PO Box 24700**<br>**West Palm Beach, FL 33416** | | - | | | **March 04 - May 04 (est.)**<br>**Services performed** | | | | 2,705.66 |
| Account No. **NA**<br><br>**PARADISE TRANSCRIPTION**<br>**P.O. BOX 790833**<br>**PAIA, HI 96779** | | - | | | **May 2004 - June 2004**<br>**Services performed** | | | | 125.00 |

Sheet no. __**7**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              238,827.12

Form B6F - Cont.
(12/03)

In re   **American Plastic Surgery, LLC**                    ,        Case No.   **A04-69432-CRM**
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5011**<br><br>**PERMACARE JANITORIAL SERVICE**<br>P.O. BOX 460464<br>FT. LAUDERDALE, FL 33346 | | - | | | March 2004 - May 2004<br>Services performed | | | | 1,212.20 |
| Account No. **1945**<br><br>**R. WEINSTEIN, INC.**<br>846 POHUKAINA STREET<br>HONOLULU, HI 96813 | | - | | | April 2004 /  June 2003 | | | | 243.09 |
| Account No. **NA**<br><br>**RAINBOW INDUSTRIAL LAUNDRY, IN**<br>811 ALUA STREET, SUITE D<br>WAILUKU, HI 96793 | | - | | | June 2004 | | | | 20.03 |
| Account No.<br><br>Sargenti, Kathleen<br>c/o David F. Simons<br>707 Richards Street PH1<br>Honolulu, HI 96813 | X | - | | | age discrimination employment litigation | X | X | X | Unknown |
| Account No. **NA**<br><br>St Petersburg Times<br>1000 N. Ashley Drive<br>Suite 104<br>Tampa, FL 33602 | | - | | | March 04 - May 04 (est.) | | | | 3,834.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,309.32

Form B6F - Cont.
(12/03)

In re   **American Plastic Surgery, LLC**                                          ,    Case No.   **A04-69432-CRM**
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA**<br><br>**Stamford Advocate**<br>**75 Tresser Blvd.**<br>**Stamford, CT 06901** | | - | **March 04 - May 04 (est.)** | | | | 1,956.00 |
| Account No. **104**<br><br>**SUMMER STREET PROPERTIES LLC**<br>**DEPARTMENT 302**<br>**PO BOX 8000**<br>**BUFFALO, NY 14267** | **X** | - | **June 2004** | | | | 1,031.21 |
| Account No. **NA**<br><br>**THE HONOLULU ADVERTISER**<br>**605 KAPIOLANI BOULEVARD**<br>**HONOLULU, HI 96813** | | - | **March 04 - May 04 (est.)**<br>**Services performed** | | | | 10,101.81 |
| Account No. **NA**<br><br>**The Oracle**<br>**University of South Florida**<br>**E. Fowler Ave, SVC 0002**<br>**Tampa, FL 33620** | | - | **March 04 - May 04 (est.)** | | | | 348.80 |
| Account No. **NA**<br><br>**The Tampa Tribune**<br>**200 S. Parker St.**<br>**Tampa, FL 33606** | | - | **March 04 - May 04 (est.)** | | | | 7,239.17 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          20,676.99

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **American Plastic Surgery, LLC**                                    ,        Case No.   **A04-69432-CRM**
                                                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **530000499667** <br><br> **VERIZON** <br> **P.O. BOX 619009** <br> **D/FW AIRPORT, TX 75261-9009** | - | | **May 2004** | | | | 1,345.90 |
| Account No. **NA** <br><br> **Weekly Planet** <br> **1310 E 9th Ave.** <br> **Tampa, FL 33605** | - | | **March 04 - May 04 (est.)** | | | | 4,891.00 |
| Account No. **273105** <br><br> **WLYF** <br> **20450 NW 2nd Ave** <br> **Miami, FL 33169** | - | | **March 04 - May 04 (est.)** | | | | 35,596.43 |
| Account No. **NA** <br><br> **WNCN** <br> **1205 Front Street** <br> **Raleigh, NC 27609** | - | | **March 04 - May 04 (est.)** | | | | 3,545.71 |
| Account No. <br><br> **Wolf Camera** <br> **P.O. Box 277535** <br> **Atlanta, GA 30384-7535** | - | | **March 2004-May 2004** <br> **Goods sold** | | | | 1,968.58 |

Sheet no. __**10**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 47,347.62 |
|---|---|---|

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **American Plastic Surgery, LLC**                              ,        Case No.   **A04-69432-CRM**

                                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **NA** | | | | March 04 - May 04 (est.) | | | | |
| **WPBF 25** **3970 RCA BOULEVARD** **SUITE 7007** **PALM BEACH GARDENS, FL 33410** | - | | | | | | | **Unknown** |
| Account No. **NA** | | | | March 04 - May 04 (est.) | | | | |
| **WPTV 5** **P.O. Box 510** **Palm Beach, FL 33480** | - | | | | | | | **12,325.00** |
| Account No. **72354** | | | | March 04 - May 04 (est.) | | | | |
| **WRAL/Capitol Broadcasting Co.** **711 Hillborough ST** **Raleigh, NC 27605** | - | | | | | | | **15,196.89** |
| Account No. **NA** | | | | March 04 - May 04 (est.) | | | | |
| **WTVD-TV** **411 Liberty Street** **Durham, NC 27701** | - | | | | | | | **11,933.39** |
| Account No. **NA** | | | | March 04 - May 04 (est.) | | | | |
| **WWRM-FM/Cox Radio, Inc. Tampa** **11300 4th Street North** **300 St.** **Petersburg, FL 33716** | - | | | | | | | **40,621.65** |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **80,076.93** |
| Total (Report on Summary of Schedules) | | **3,878,447.09** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **American Plastic Surgery, LLC**                                                    Case No.    **A04-69432-CRM**
                                                                    ,
                                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
          schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AMERICAN EXPRESS BUS FIN CORP.**<br>**1851 E. FIRST STREET**<br>**SUITE 450**<br>**SANTA ANA, CA 92705** | **Medical equipment leases; co-debtor - American Healthcare Services, Inc.** |
| **DE LAGE LANDEN FINANCIAL SERVICES**<br>**REF. NO 24489888**<br>**P.O. BOX 41601**<br>**PHILADELPHIA, PA 19101-1601** | **Phone equipment lease** |
| **SUMMER STREET PROPERTIES LLC**<br>**DEPARTMENT 302**<br>**PO BOX 8000**<br>**BUFFALO, NY 14267** | **Rental agreement for office space; co-debtor - American Healthcare** |
| **TRIFACTOR**<br>**13000 SW 120TH STREET**<br>**MIAMI, FL 33186** | **Medical equipment lease** |
| **US BANKCORP/MANIFEST FUND. SVC**<br>**P.O. BOX 5179**<br>**SIOUX FALLS, SD 57117-5179** | **Medical equipment leases; co-debtor - American Healthcare Services** |

    **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **American Plastic Surgery, LLC**                                    ,   Case No.   **A04-69432-CRM**
                                                                              Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **AMER. PLASTIC SURGERY FL, LLC**<br>**3600 MANSELL ROAD**<br>**SUITE 150**<br>**ALPHARETTA, GA 30022** | **ALLIED CAPITAL CORPORATION**<br>**1919 PENNSYLVANIA, N.W.**<br>**WASHINGTON, DC 20006** |
| **AMER. PLASTIC SURGERY FL, LLC**<br>**3600 MANSELL ROAD**<br>**SUITE 150**<br>**ALPHARETTA, GA 30022** | **ALLEY, MONA**<br>**C/O STUART N. RATZEN, ESQ.**<br>**200 SOUTH BISCAYNE BOULEVARD**<br>**Miami, FL 33131** |
| **AMERICAN HEALTHCARE SERVICES**<br>**3600 MANSELL ROAD**<br>**ALPHARETTA, GA 30022** | **SUMMER STREET PROPERTIES LLC**<br>**DEPARTMENT 302**<br>**PO BOX 8000**<br>**BUFFALO, NY 14267** |
| **AMERICAN HEALTHCARE SERVICES**<br>**3600 MANSELL ROAD**<br>**ALPHARETTA, GA 30022** | **AMERICAN EXPRESS BUS FIN CORP.**<br>**1851 E. FIRST STREET**<br>**SUITE 450**<br>**SANTA ANA, CA 92705** |
| **AMERICAN HEALTHCARE SERVICES**<br>**3600 MANSELL ROAD**<br>**ALPHARETTA, GA 30022** | **US BANKCORP/MANIFEST FUND. SVC**<br>**P.O. BOX 5179**<br>**SIOUX FALLS, SD 57117-5179** |
| **AMERICAN HEALTHCARE SERVICES**<br>**3600 MANSELL ROAD**<br>**ALPHARETTA, GA 30022** | **Sargenti, Kathleen**<br>**c/o David F. Simons**<br>**707 Richards Street PH1**<br>**Honolulu, HI 96813** |
| **AMERICAN PLASTIC SURGERY, LLC**<br>**3600 MANSELL ROAD**<br>**SUITE 150**<br>**ALPHARETTA, GA 30022** | **FELDMAN-MORAN, JANA**<br>**C/O BRIAN J. GLICK, SUITE 300**<br>**200 W. PALMETTO PARK ROAD**<br>**Boca Raton, FL 33432** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia

In re   **American Plastic Surgery, LLC**                                          ,
                                                                    Debtor

Case No.    **A04-69432-CRM**

Chapter                                **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 159,272.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 64,640,752.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 6 | | 16,526.08 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 3,878,447.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 159,272.00 | | |
| Total Liabilities | | | | 68,535,725.17 | |

# United States Bankruptcy Court
## Northern District of Georgia

In re  **American Plastic Surgery, LLC**　　　　　　　　　　　Case No.　**A04-69432-CRM**

　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter　**11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __27__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 29, 2004**　　　　　　　　Signature　**/s/ Matthew S. Mellott**

　　　　　　　　　　　　　　　　　　　　　　　**Matthew S. Mellott**
　　　　　　　　　　　　　　　　　　　　　　　**Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **American Plastic Surgery, LLC**                                    ,    Case No.    **A04-69432-CRM**

Debtor

Chapter                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **American Healthcare Svcs, Inc.** | **Class A common units** | **85** | **membership interest** |
| **American Healthcare Svcs, Inc.** | **Series A Preferred Units** | **70** | **membership interest** |
| **PMF Plastic Holding, Inc.** | **Class A Common Units** | **15** | **membership interest** |
| **PMF Plastic Holding, Inc.** | **Series A Preferred Units** | **30** | **membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 29, 2004**                              Signature  **/s/ Matthew S. Mellott**

**Matthew S. Mellott**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**     continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037