IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AMERICAN PLASTIC SURGERY, LLC | : | CASE NO.04-69432-CRM |
| | : | |
| Debtor . | : | JUDGE C. RAY MULLINS |
| DALE R. F. GOODMAN, Chapter 7 Trustee for | : | |
| the Bankruptcy Estate of American Plastic | : | |
| Surgery, LLC, | : | |
| | : | |
| Objector, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| KATHERINE KENNEDY, | : | |
| | : | |
| Claimant | : | |

**TRUSTEE'S MOTION TO DISALLOW CLAIM NO. 14 BY KATHERINE KENNEDY**

COMES NOW Dale R. F. Goodman, Trustee herein, by and through counsel, and files, pursuant to Rule 3007, her Trustee's Motion to Disallow Claim No. 14 by Katherine Kennedy (hereinafter "Claimant") as follows:

Trustee objects to Claim No. 14, filed January 4, 2008, as an unsecured claim by Claimant for $1,000,000.00 because the Claim appears to be an unliquidated claim and specifies that the basis for the claim is "personal injury/wrongful death" from 1998. No proof is attached to the Claim, so the Claim may be barred by an applicable statute of limitations. Further, the claim may either need to be estimated by this Court pursuant to 11 U.S.C. §502(c)(1) or be disallowed in its entirety.

WHEREFORE, Trustee respectfully requests that Claim No. 14 either be estimated by the Court or, absent some response sufficient in fact and law to sustain the claim, be disallowed, and for whatever other and further relief this Court deems appropriate.

Respectfully submitted this the 4th day of September, 2008.

GOODMAN & GOODMAN, P.C.

By:    */S/  Dale R. F. Goodman*

1801 Peachtree Street, NE, Ste 310        Dale R. F. Goodman, State Bar No. 300950
Atlanta, Georgia 30309-1859                    Attorneys for Trustee
404/237-0800

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AMERICAN PLASTIC SURGERY, LLC | : | CASE NO.04-69432-CRM |
| | : | |
| Debtor . | : | JUDGE C. RAY MULLINS |
| DALE R. F. GOODMAN, Chapter 7 Trustee for the Bankruptcy Estate of American Plastic Surgery, LLC, | : : : : | |
| Objector, | : : | |
| vs. | : : | CONTESTED MATTER |
| KATHERINE KENNEDY, | : : | |
| Claimant | : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO TRUSTEE'S MOTION TO DISALLOW CLAIM NO. 14 FILED BY KATHERINE KENNEDY; OF DEADLINE FOR FILING RESPONSE;   AND OF HEARING**

**PLEASE TAKE NOTICE** that Dale R. F. Goodman, Chapter 7 Trustee for the Bankruptcy Estate of American Plastic Surgery, LLC  "Trustee") filed a Motion to Disallow Claim No. 14 and seeks an order sustaining her objection and requesting that Claim No. 14 filed by Katherine Kennedy, either be estimated by this Court pursuant to 14 U.S.C. §502(c)(1) or disallowed in its entirety, absent some response sufficient in fact and law to sustain the claim.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested, or if you want the court to consider your views, then on or before **October 10, 2008**, you or your attorney must:

(1) File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed.  The written response must be filed at the following address: **Room 1340, 75 Spring Street, SW, Atlanta, Georgia, 30303.**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date above stated.

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address below stated. You must attach a Certificate of Service to your written

response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the court may enter an order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney file a timely response, then a hearing will be held in **Courtroom 1203,** Richard Russell Federal Building, 75 Spring Street, SW, Atlanta, Georgia **at 11:00 a.m. on October 16, 2008.** You or your attorney must attend the hearing and advocate your position.

Dated: September 4, 2008

GOODMAN & GOODMAN, P.C.

By:    */S/  Dale R. F. Goodman*

1801 Peachtree Street, NE, Ste 310  Dale R. F. Goodman, State Bar No. 300950
Atlanta, Georgia 30309-1859           Attorneys for Chapter 7 Trustee
404-237-0800

## CERTIFICATE OF SERVICE

I, Dale R. F. Goodman, certify under penalty of perjury that I am over the age of 18 and that on September 4, 2008, I served a copy of the Trustee's Trustee's Motion to Disallow Claim No. 14 filed by Katherine Kennedy, together with a copy of the foregoing Notice, by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:

United States Trustee
362 Richard Russell Bldg
75 Spring St., SW
Atlanta, GA 30303

John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
One Atlantic Ctr, Ste 3500
1201 W Peachtree St
Atlanta, GA   30309

Katherine Kennedy
c/o Kenneth J. Sobel
100 W Cypress Creek Rd, Ste 700
Ft. Lauderdale, FL 33309-2181

This 4th day of September, 2008.

   */S/  Dale R. F. Goodman*
Dale R. F. Goodman