**IT IS ORDERED as set forth below:**

**Date: January 05, 2009**

_____
**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AMERICAN PLASTIC SURGERY, LLC | : | CASE NO.04-69432-CRM |
| | : | |
| Debtor . | : | JUDGE C. RAY MULLINS |
| DALE R. F. GOODMAN, Chapter 7 Trustee for: the Bankruptcy Estate of American Plastic Surgery, LLC, | : | |
| | : | |
| Objector, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| KATHERINE KENNEDY, | : | |
| | : | |
| Claimant | : | |

**ORDER ON TRUSTEE'S MOTION TO DISALLOW CLAIM NUMBER 14**

The Trustee filed her Motion to Disallow Claim No. 14 filed by Katherine Kennedy, on September 4, 2008. The Trustee's Motion to Disallow Claim No. 14, Notice of Requirement of Response, Deadline for Filing Response, and Hearing was served on September 4, 2008, setting a response deadline of October 10, 2008. Claimant filed a Response on October 10, 2008, and

-1-

Trustee and Claimant have reach an agreement through arms length negotiation that, based on the fact that Claimant already received $125,000.00 and may receive additional funds from the Receiver for the medical malpractice insurance company and the expense and time to liquidate the Claim in the Bankruptcy Court, Claim No. 14 is allowed as unsecured in the amount of $500,000.00. Based on the Court's review of the Motion, Response and agreement, the Court determines that no further hearing is necessary. Therefore, it is hereby

ORDERED that the Trustee's objection to Claim No. 14, filed as an unsecured claim on January 4, 2008, by Katherine Kennedy in the amount of $1,000,000.00, is hereby SUSTAINED and Claim No. 14 shall be reduced and allowed as an unsecured non-priority claim in the amount of $500,000.00.

**[END OF DOCUMENT]**

(Signatures continued on next page)

| Prepared and consented to by: | Consented to by: |
|---|---|
| GOODMAN & GOODMAN., P.C. | WEINSTOCK & SCAVO, P.A. |

| /S/   Dale R. F. Goodman | /S/   Dana M. Tucker Davis |
|---|---|
| Dale R. F. Goodman, GA Bar No. 300950 | Dana M. Tucker Davis, GA Bar No. **717597** |
| 1801 Peachtree Street, NE,  Suite 310 | 3405 Piedmont Road, NE, Suite 300 |
| Atlanta, Georgia  30309-1859 | Atlanta, Georgia 30305 |
| 404/237-0800 | 404/231-3999 |
| Attorneys for Trustee | Attorneys for Claimant |
| dale.goodman@psinet.com | ddavis@wslaw.net |

## DISTRIBUTION LIST

Pursuant to Local Rule 715-4(c)(2) of the Bankruptcy Court, the Clerk is requested to serve copies of the attached Order, as entered, upon the following persons or entities at the following addresses:

Goodman & Goodman, P.C.
1801 Peachtree St., NE Ste 310
Atlanta, GA 30309-1859

United States Trustee
362 Richard Russell Bldg
75 Spring St., SW
Atlanta, GA 30303-3330

John A. Thompson, Jr.
Womble, Carlyle Sandridge & Rice PLLC
One Atlantic Center
1201 West Peachtree St, Ste 3500
Atlanta, GA 30309

Katherine Kennedy
c/o Kenneth J. Sobel
Greenspoon Marder, P.A.
100 W Cypress Creek Rd, Ste 700
Ft. Lauderdale, FL 33309-2181


Rebecca A. Pascarell
Dana M. Tucker Davis
Weinstock & Scavo, P.A.
3405 Piedmont Rd., NE, Suite 300
Atlanta, GA 30305